

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY, Individually,            :
                                     :
    Plaintiff,                       :   No. 2:17-cv-05301-JD
                                     :
v.                                   :
                                     :
PRESIDENTIAL TAC, L.P. d/b/a         :
Presidential Plaza Shopping Center,  :
a Pennsylvania Limited Partnership,  :
                                     :
    Defendant.                       :

**FILED**

AUG - 6 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this the 2ND day of AUGUST, 2018, it having been reported that the claim(s) between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby **ORDERED** and **DECREED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Jan E. Dubois, U.S.D.J.